IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SCHILTA PYLES,                )
                               )
            Plaintiff,          )
                               )
vs.                            )          Case No. 03-1229-WEB
                               )
MICHAEL J. ASTRUE,              )
Commissioner of                 )
Social Security,                )
            Defendant.          )
_____) | |

## ORDER ADOPTING RECOMMENDATION AND REPORT

This is an action reviewing the final decision of the Commissioner of Social Security denying the plaintiff disability insurance benefits. The matter was referred to Magistrate Judge Reid for a recommendation and report pursuant to Rule 72 (b), Federal Rules of Civil Procedure. This court is in agreement with the Recommendation and Report as prepared by Magistrate Judge Reid.

The Magistrate Judge filed his Recommendation and Report (Doc. 18) on May 1, 2007. No written objections to the Report have been filed by either party in the case.

The Magistrate Judge has recommended that the decision of the Social Security Commissioner be reversed and remanded. In the Recommendation and Report (Doc. 18), the Magistrate Judge finds that substantial findings does not support the finding of the Administrative Law Judge that plaintiff can perform past relevant work.

Accordingly,

IT IS ORDERED that the Recommendation and Report of Magistrate Judge Reid (Doc.

18) be adopted by this Court; and

      IT IS FURTHER ORDERED that the decision of the Commissioner be REVERSED, and this case be remanded to the Commissioner under sentence four 42 U.S.C. § 405(g), with directions to conduct further proceedings in accordance with the standards set out in the Report.

      SO ORDERED this 12th day of June, 2007.

                                              s/ Wesley E. Brown  
                                              Wesley E. Brown  
                                              U.S. Senior District Judge